DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GENARO MARTINEZ-CALIXTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:10-cr-0128 FCD |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING ) CASE |
| v. | ) ) Date:  June 28, 2010 |
| GENARO MARTINEZ-CALIXTO, | ) Time:  10:00 a.m. ) Judge: Frank C. Damrell, Jr. |
| Defendant. | ) |
| _____ | ) |

   IT IS HEREBY STIPULATED and agreed to between the United States of America through Michael D. Anderson, Assistant United States Attorney, and GENARO MARTINEZ-CALIXTO, by and through his counsel, JEFFREY L. STANIELS, Assistant Federal Defender, that the status conference in the above captioned case be continued from June 28, 2010 to July 19, 2010. This continuance is sought to permit defense counsel to confer with Mr. Martinez concerning an offer to resolve the case with the aid of counsel's interpreter who is embarking on annual leave and who is thus unavailable to assist counsel before June 28, 2010.

1    IT IS ALSO STIPULATED that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4, from June 28, 2010 through July 19, 2010.

   IT IS SO STIPULATED.

Dated: June 25, 2010

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ JEFFREY L. STANIELS
                                        JEFFREY L. STANIELS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        GENARO MARTINEZ-CALIXTO

Dated: June 25, 2010

                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                         /s/ Michael D. Anderson
                                        Michael D. Anderson
                                        Assistant U.S. Attorney

**O R D E R**

   The foregoing stipulation of counsel is accepted. The above captioned matter is ordered to be continued until July 19, 2010, at 10:00 a.m. on this court's regular criminal calendar.

   Time for Trial under the Speedy Trial Act is excluded between June 28, 2010, and July 19, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

       IT IS SO ORDERED.

Dated: June 25, 2010

                                        _____
                                        FRANK C. DAMRELL, Jr.
                                        UNITED STATES DISTRICT JUDGE

Godfrey Stip/Order                -2-